1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  KEVIN COX

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | KEVIN COX,                              | Case No.: 2:23-cv-00711-RAO |
11 |                                         |                              |
12 |         Plaintiff,                      |                              |
13 |     vs.                                 | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
14 | SYSTEM PROPERTY DEVELOPMENT             |                              |
15 | COMPANY, INC., AS PARTNER OF            |                              |
16 | BROADWAY SPRING CENTER, A               |                              |
   | CALIFORNIA GENERAL                      |                              |
17 | PARTNERSHIP; DOES 1 to 10,              |                              |
18 |         Defendants.                     |                              |

19
20      **PLEASE TAKE NOTICE** that KEVIN COX
21 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby
22 voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil
23 Procedure Rule 41(a)(1) which provides in relevant part:
24      (a) **Voluntary Dismissal.**
25           (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66
26                 and any applicable federal statute, the plaintiff may dismiss an action
27                 without a court order by filing:
28

                                    1
**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: March 06, 2023         SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**